IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FRANK ARNOLD VAN WAGNER,

        Plaintiff,

   v.

COLETTE PETERS; JOSEPH BUGHER; JOSHUA HIGHBERGER; SUSAN MABE; DR. THOMAS BRISTOL; LORETTA IRVING; DR. ZOLTAN TEGLASSY; DR. SHARON SMITH,

        Defendants.

Civ. No. 3:21-cv-01234-AA

**OPINION & ORDER**

AIKEN, District Judge.

This case comes before the Court for *in camera* review of discovery materials withheld under a disputed claim of privilege. Privileged materials are exempt from disclosure in discovery. *See* Fed. R. Civ. P. 26(b)(1) (defining the scope of discovery as "any *nonprivileged* matter that is relevant to any party's claim or defense and proportional to the needs of the case." (emphasis added)). The disputed materials are:

   (1) Bates No. 00331907 through Bates No. 00331909;

   (2) Bates No. 0331911 through Bates No. 00331928;

   (3) Bates No. 00331929;

   (4) Bates No. 00331932;

(5) Bates No. 00331935 through Bates No. 00331936; and

(6) Bates No. 00331937 through Bates No. 00331940.

The Court has reviewed the materials in question and concludes that each one is covered by privilege and properly withheld from production.

It is so ORDERED and DATED this ___17th___ day of February 2026.

                                         /s/Ann Aiken
                                         ANN AIKEN
                                         United States District Judge